**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 2247 Disciplinary Docket No. 3 |
| | : | |
| KEITH MICHAEL McWHIRK | : | Board File Nos. C2-16-124 and C2-16-131 |
| | : | |
| | : | Attorney Registration No. 83891 |
| | : | |
| | : | (Montgomery County) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Keith Michael McWhirk is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.

    Justice Eakin did not participate in the consideration or decision of this matter.